## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No. : 18-02439-MCF |
|---|---|
| ELIUD RIVERA NEGRON | Chapter 7 |
| Debtor(s) | |

### TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

    **COMES NOW,** ROBERTO ROMAN VALENTIN, Standing Chapter 7 Trustee, and very respectfully states and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

| Creditor Name | Check Amount | Check Number | Proof of Claim |
|---|---|---|---|
| PEREGRINE GROUP INC<br>P O BOX 195282<br>SAN JUAN PR 00919 | $11,777.57 | 1019 | 14 |

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

    **WHEREFORE**, for the reasons stated, it is respectfully requested from the Court to note the above and allow the deposits of these funds with the Clerk of the Court, by check(s) number(s) 1019.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 14th day of January, 2021.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to counsel for debtor(s) if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, postage prepaid, to the non an ECF/CM participants: debtor(s)and upon the above referred creditor(s) to their address of record, if not an ECF/CM user.

    /s/ Roberto Roman Valentin
ROBERTO ROMAN VALENTIN
Chapter 7 Trustee
PO Box 9024003 San Juan, PR 00902-4003
(787)740-6011
romanchpt7@gmail.com