# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### HATO REY (SAN JUAN) DIVISION

|                        |     |                     |
|------------------------|-----|---------------------|
| In Re:                 | §   |                     |
|                        | §   |                     |
| ELIUD RIVERA NEGRON    | §   | Case No. 18-02439   |
|                        | §   |                     |
| Debtor                 | §   |                     |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roberto Roman Valentin, Esq., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 486,211.66 *(Without deducting any secured claims)* | Assets Exempt: 105,235.00 |
| Total Distributions to Claimants: 133,195.04 | Claims Discharged Without Payment: 1,145,306.71 |
| Total Expenses of Administration: 14,915.04 | |

3) Total gross receipts of $156,110.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $8,000.00 (see **Exhibit 2**), yielded net receipts of $148,110.08 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $596,370.36 | $419,312.95 | $419,312.95 | $10,618.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,915.04 | 4,259.54 | 14,915.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 170,198.05 | 53,900.92 | 53,900.92 | 53,900.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 331,011.79 | 116,401.75 | 116,401.75 | 68,675.24 |
| **TOTAL DISBURSEMENTS** | $1,097,580.20 | $604,530.66 | $593,875.16 | $148,110.08 |

4)  This case was originally filed under chapter 7 on 05/01/2018.  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2021                    By:/s/Roberto Roman Valentin, Esq.
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COND VILLAS DEL FARO BO. EMAJAGUAS APT 1704 MAUNABO, PR 0070 | 1110-000 | 60,000.00 |
| BPPR PERSONAL ACCOUNT #8639 | 1129-000 | 58.00 |
| Business-related property | 1129-000 | 45,000.00 |
| COOP SAGRADA FAMILIA ACCOUNT | 1129-000 | 248.70 |
| SCOTIABANK ACCOUNT #3181 | 1129-000 | 40,970.48 |
| SCOTIABANK ACCOUNT #4333 - PROF PLAYGORUND EQUIPMENT | 1129-000 | 319.13 |
| SCOTIABANK PERSONAL ACCOUNT #1809 | 1129-000 | 9,513.77 |
| **TOTAL GROSS RECEIPTS** | | **$156,110.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TAYLOR HYDRAULICS CORP | Non-Estate Funds Paid to Third Parties | 8500-002 | 8,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$8,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASOC. COND. TORRE DEL CARDENAL 675 | | 1,200.00 | NA | NA | 0.00 |
| | ASOC. RESIDENTES BEVERLY HILLS COURT | | 0.00 | NA | NA | 0.00 |
| | ASOC. RESIDENTES DE VILLAS DEL FARO | | 1,184.00 | NA | NA | 0.00 |
| | CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING | | 217,508.92 | NA | NA | 0.00 |
| | JUNTA DE TITULARES | | 2,100.00 | NA | NA | 0.00 |
| | SCOTIABANK | | 374,377.44 | NA | NA | 0.00 |
| 10 | SCOTIABANK | 4110-000 | NA | 401,079.13 | 401,079.13 | 0.00 |
| | VILLAS DEL FARO BEACH RESORT | 4110-000 | NA | 3,402.74 | 3,402.74 | 3,402.74 |
| 1 | CRIM | 4700-000 | NA | 14,831.08 | 14,831.08 | 7,216.14 |
| TOTAL SECURED CLAIMS | | | $596,370.36 | $419,312.95 | $419,312.95 | $10,618.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roberto Roman Valentin | 2100-000 | NA | 10,655.50 | 0.00 | 10,655.50 |
| Roberto Roman Valentin | 2200-000 | NA | 110.92 | 110.92 | 110.92 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 530.21 | 530.21 | 530.21 |
| BANCO SANTANDER | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| NOEMI LANDRAU-RIVERA | 3210-000 | NA | 385.00 | 385.00 | 385.00 |
| NOEMI LANDRAU-RIVERA | 3220-000 | NA | 65.00 | 65.00 | 65.00 |
| ALBERT TAMAREZ-VASQUEZ CPA CIRA | 3410-000 | NA | 629.00 | 629.00 | 629.00 |
| ALBERT TAMAREZ-VASQUEZ CPA CIRA | 3420-000 | NA | 109.41 | 109.41 | 109.41 |
| PEDRO BETANCOURT-DIAZ | 3510-000 | NA | 2,400.00 | 2,400.00 | 2,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $14,915.04 | $4,259.54 | $14,915.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CORPORACION DEL FONDO DEL SEGURO DEL EST | | 22,899.38 | NA | NA | 0.00 |
| | CRIM | | 597.49 | NA | NA | 0.00 |
| | CRIM | | 9,495.11 | NA | NA | 0.00 |
| | CRIM | | 5,473.95 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA | | 904.61 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA | | 2,548.21 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA | | 3,505.27 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA | | 4,873.29 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUM | | 0.00 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUM | | 302.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUM | | 1,858.79 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUM | | 16,396.00 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUM | | 17,220.74 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE | | 84,122.67 | NA | NA | 0.00 |
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 53,900.92 | 53,900.92 | 53,900.92 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $170,198.05 | $53,900.92 | $53,900.92 | $53,900.92 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABRA-METAL.COM | | 828.35 | NA | NA | 0.00 |
| | ACEROS DE AMERICA | | 13,583.26 | NA | NA | 0.00 |
| | ACEROS DE AMERICA | | 9,680.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANCED WHOLESALE DISTRIBUTORS | | 360.91 | NA | NA | 0.00 |
| | AEE | | 2,955.99 | NA | NA | 0.00 |
| | ALUMASTER CORP | | 447.68 | NA | NA | 0.00 |
| | AM INDUSTRIAL CORPORATION | | 4,215.56 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 1,714.31 | NA | NA | 0.00 |
| | AMERICAN TOOLS INC | | 217.50 | NA | NA | 0.00 |
| | ANGEL NIEVES MARTINEZ | | 200.00 | NA | NA | 0.00 |
| | ANTARTICA ICE PLANT | | 252.00 | NA | NA | 0.00 |
| | AT&T | | 549.72 | NA | NA | 0.00 |
| | AUROFA TIRE CENTER | | 4,395.46 | NA | NA | 0.00 |
| | AUROFA TIRE CENTER | | 169.00 | NA | NA | 0.00 |
| | AUTO PINTURAS EL LINEAL | | 306.63 | NA | NA | 0.00 |
| | AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO | | 521.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANCO SANTANDER | | 39,000.00 | NA | NA | 0.00 |
| | BANCO SANTANDER | | 1,312.51 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 6,497.98 | NA | NA | 0.00 |
| | BPPR | | 22,139.92 | NA | NA | 0.00 |
| | CAROLINA BUILDING MATERIALS | | 15,360.34 | NA | NA | 0.00 |
| | CJR ELECTRICAL INC | | 856.00 | NA | NA | 0.00 |
| | CONSOLIDATED WASTE SERVICE | | 1,997.36 | NA | NA | 0.00 |
| | CORPORACION DEL FONDO DEL SEGURO DEL EST | | 22,899.38 | NA | NA | 0.00 |
| | DELTA DENTAL | | 536.00 | NA | NA | 0.00 |
| | EDGAR PIZARRO VEGA | | 42.50 | NA | NA | 0.00 |
| | ESTEBAN ARCHILLA CLASS | | 225.00 | NA | NA | 0.00 |
| | FIRST MEDICAL | | 1,762.08 | NA | NA | 0.00 |
| | FOMENTO | | 32,992.05 | NA | NA | 0.00 |
| | GALAGER RIVERA RESTO | | 1,045.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GENERAL INSURANCE | | 200.53 | NA | NA | 0.00 |
| | GIOVANNY SOSTRE BURGOS | | 95.13 | NA | NA | 0.00 |
| | HECTOR OSORIO RIVERA | | 1,350.18 | NA | NA | 0.00 |
| | HERIBERTO RIVERA | | 335.50 | NA | NA | 0.00 |
| | HILTI CARIBE, LLC | | 2,354.75 | NA | NA | 0.00 |
| | ISRAEL RAMOS MARTINEZ | | 965.00 | NA | NA | 0.00 |
| | JOSE A OTERO OTERO | | 136.00 | NA | NA | 0.00 |
| | JOSE CRUZ LAUREANO | | 960.00 | NA | NA | 0.00 |
| | LA CASA DE LOS TORNILLOS | | 514.46 | NA | NA | 0.00 |
| | LANCO MANUFACTURING CORP | | 891.51 | NA | NA | 0.00 |
| | LINDE GAS PUERTO RICO INC | | 2,937.14 | NA | NA | 0.00 |
| | LUIS A RIVERA DIAZ | | 2,812.50 | NA | NA | 0.00 |
| | MONI SMART SECURITY | | 170.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MORE STEEL ALUMINUM PRODUCTS, INC | | 4,926.53 | NA | NA | 0.00 |
| | NIDO, RAFAEL J. | | 1,901.98 | NA | NA | 0.00 |
| | PEREGRINE GROUP, INC | | 19,952.50 | NA | NA | 0.00 |
| | POPULAR AUTO | | 15,691.87 | NA | NA | 0.00 |
| | POPULAR AUTO | | 20,187.12 | NA | NA | 0.00 |
| | POPULAR AUTO | | 11,818.56 | NA | NA | 0.00 |
| | POPULAR AUTO | | 20,047.80 | NA | NA | 0.00 |
| | PPG ARCHTECTURAL FINISHES INC | | 2,804.63 | NA | NA | 0.00 |
| | PRENDES SAFATY | | 497.62 | NA | NA | 0.00 |
| | PRIDCO PR INDUSTRIAL DEVELOPMENT COMPANY | | 2,962.98 | NA | NA | 0.00 |
| | REPUBLIC SERVICES | | 570.50 | NA | NA | 0.00 |
| | REPUBLIC SERVICES | | 784.70 | NA | NA | 0.00 |
| | ROBERTO ANDINO CABALLERO | | 1,273.00 | NA | NA | 0.00 |
| | ROBERTO TORRES | | 91.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SANS TUBING | | 1,200.65 | NA | NA | 0.00 |
| | SERVIMETAL LLC | | 4,890.00 | NA | NA | 0.00 |
| | STRUCTURAL STEEL WORKS, INC | | 15,556.39 | NA | NA | 0.00 |
| | TOTAL PETROLEUM PR CORP | | 3,250.53 | NA | NA | 0.00 |
| | VICTOR HERNANDEZ SERRANO | | 463.25 | NA | NA | 0.00 |
| | WILFREDO RIVERA MELENDEZ | | 1,110.00 | NA | NA | 0.00 |
| | WORLNET | | 243.26 | NA | NA | 0.00 |
| 6 | ABRA-METAL, INC. | 7100-000 | NA | 828.35 | 828.35 | 488.71 |
| 11 | ACEROS DE AMERICA INC | 7100-000 | NA | 12,883.26 | 12,883.26 | 7,600.93 |
| 12 | ACEROS DE AMERICA INC | 7100-000 | NA | 9,680.34 | 9,680.34 | 5,711.25 |
| 13 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 1,714.31 | 1,714.31 | 1,011.42 |
| 8 | AUROFA TIRE CENTER, CORP. | 7100-000 | NA | 2,864.47 | 2,864.47 | 1,689.99 |
| 4 | BANCO POPULAR DE PUERTO RICO | 7100-000 | NA | 23,538.98 | 23,538.98 | 13,887.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BANCO POPULAR DE PUERTO RICO | 7100-000 | NA | 4.79 | 4.79 | 2.83 |
| 3 | CAROLINA BUILDING MATERIALS | 7100-000 | NA | 13,260.34 | 13,260.34 | 7,823.40 |
| 16 | CONSOLIDATED WASTE SERVICE | 7100-000 | NA | 1,393.28 | 1,393.28 | 822.00 |
| 1B | CRIM | 7100-000 | NA | 1,095.47 | 1,095.47 | 646.31 |
| 15 | LOFTS COUNCIL OF OWNERS | 7100-000 | NA | 9,887.74 | 9,887.74 | 5,833.61 |
| 2 | MORE STEEL ALUMINUM PRODUCTS, INC | 7100-000 | NA | 4,301.53 | 4,301.53 | 2,537.84 |
| 9 | STRUCTURAL STEEL WORKS INC | 7100-000 | NA | 14,986.39 | 14,986.39 | 8,841.74 |
| 14 | PEREGRINE GROUP INC | 7100-001 | NA | 19,962.50 | 19,962.50 | 11,777.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $331,011.79 | $116,401.75 | $116,401.75 | $68,675.24 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-02439 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|
| Case Name: | ELIUD RIVERA NEGRON | | | | Date Filed (f) or Converted (c): | 05/01/2018 (f) |
| | | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 02/09/2021 | | | | Claims Bar Date: | 08/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.   COND THE LOFTS APT 302 SAN JUAN PR 00910<br><br>05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018):<br><br>169.59 SQ. METER APARTMENT WITH LIVING AND DINING ROOMS, 2 BEDROOMS, 2 BATHS,  kITCHEN, 2 BALCONIES AND TERRACE. (LESS 10% SALE COST) | 225,666.66 | 225,666.66 | OA | 0.00 | FA |
| 2.   COND BEVERLY HILLS  APT H 3 URB CARMEN HILLS GUAYNABO PR 009<br><br>05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018):<br><br>COND BEVERLY HILLS APT H 3 URB CARMEN HILLS Guaynabo, PR 00969 Guaynabo County<br>114.10 SQ. METER APARTMENT WITH LIVING AND DINING ROOM, 3 BEDROOMS, 2 BATHS, KITCHEN, AND BALCONY. (LESS 10% SALE COST)<br>DULY EXECUTED NOTARIAL ACT FOR THE PROTECTION OF THE H | 104,685.00 | 104,685.00 | OA | 0.00 | FA |

| Case No: | 18-02439 MCF | Judge: | Mildred Caban Flores | Trustee Name: | | Roberto Roman Valentin, Esq. |
| Case Name: | ELIUD RIVERA NEGRON | | | Date Filed (f) or Converted to (c): | | 05/01/2018 (f) |
| | | | | 341(a) Meeting Date: | | 05/29/2018 |
| For Period Ending: | 02/09/2021 | | | Claims Bar Date: | | 08/06/2018 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3. COND VILLAS DEL FARO BO. EMAJAGUAS APT 1704 MAUNABO, PR 0070<br><br>03/07/2019 (Dkt 42): Order Granting Motion (RE: related document(s)37). Signedon 3/7/2019.(IRIZARRY, MILAGROS) (Entered: 03/07/2019)<br><br>03/06/2019 Dkt 41): Motion to Sell Property Free and Clear of Liens under Section 363(f) . (7 day objection language)(related document (s): 35, 36, 37, 38, 39, 40)Fee Amount $181 filed by ROBERTO ROMAN VALENTIN on  behalf of ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 03/06/2019)<br><br>/28/2019 (Dkt 38): Motion requesting entry of order : SHORTENING OF TIME (related document(s): 37) (RE: related document(s)37). ( objection language due by 03/14/2019). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 02/28/2019)<br><br>02/28/2019 (Dkt 37): Notice of intent to sell property at private sale (21 days objection language, due on 03/21/2019). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN ROMAN VALENTIN, ROBERTO) (Entered: 02/28/2019)<br><br>02/20/2019 (Dkt 36): Application to employ Real Estate Broker, Pedro Betancourt Diaz. (with 14 day objection language) filed by ROBERTO ROMAN VALENTIN on behalf of Pedro Betancourt-Diaz [ROMAN VALENTIN, ROBERTO] (Entered: 02/20/2019)<br><br>02/20/2019 (Dkt 35): Application to employ Noemi Landrau-Rivera, General Counsel & Notary Public (with 14 day objection language) filed by ROBERTO ROMAN VALENTIN on behalf of NOEMI LANDRAU RIVERA  [ROMAN VALENTIN, ROBERTO] (Entered: 02/20/2019<br><br>107.67 SQ. METER APARTMENT STRUCTURE WITH LIVING AND DINING ROOMS, 3 BEDROOMS, 2 BATHS, KITCHEN, AND TERRACE. (LESS 10% SALE COST) | 80,700.00 | 54,785.76 | | 60,000.00 | FA |

Case:18-02439-MCF7   Doc#:93   Filed:03/10/21   Entered:03/10/21 17:01:18   Desc: Main Document   Page 16 of 26

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-02439 | MCF | Judge: | Mildred Caban Flores | | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|---|
| Case Name: | ELIUD RIVERA NEGRON | | | | | Date Filed (f) or Converted (c): | 05/01/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 05/29/2018 |
| For Period Ending: | 02/09/2021 | | | | | Claims Bar Date: | 08/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4.  COND TORRE DEL CARDENAL BO. HATO REY APT 801 SAN JUAN PR 009  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 245,225.00 | 245,225.00 | OA | 0.00 | FA |
| 5.  COND TORRE DEL CARDENAL - PARKING  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 14,000.00 | 14,000.00 | OA | 0.00 | FA |
| 6.  Household goods and furnishings  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 650.00 | 650.00 | OA | 0.00 | FA |
| 7.  Electronics  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 320.00 | 200.00 | OA | 0.00 | FA |
| 8.  Equipment for sports and hobbies  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 300.00 | 300.00 | OA | 0.00 | FA |
| 9.  CLOTHING AND SHOES  05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018): | 200.00 | 200.00 | OA | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 18-02439 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|---|
| Case Name: | ELIUD RIVERA NEGRON | | | | Date Filed (f) or Converted (c): | | 05/01/2018 (f) |
| | | | | | 341(a) Meeting Date: | | 05/29/2018 |
| For Period Ending: | 02/09/2021 | | | | Claims Bar Date: | | 08/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10.  WRIST WATCH, RING.<br><br>05/31/2018 (Dkt 14):  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018) | 400.00 | 400.00 | OA | 0.00 | FA |
| 11.  COOP SAGRADA FAMILIA ACCOUNT | 254.83 | 254.83 | | 248.70 | FA |
| 12.  SCOTIABANK PERSONAL ACCOUNT #1809 | 1,000.00 | 1,000.00 | | 9,513.77 | FA |
| 13.  BPPR PERSONAL ACCOUNT #8639 | 170.00 | 170.00 | | 58.00 | FA |
| 14.  SCOTIABANK ACCOUNT #4333 - PROF PLAYGORUND EQUIPMENT | 350.00 | 350.00 | | 319.13 | FA |
| 15.  SCOTIABANK ACCOUNT #1850 PROF. IRON | 0.00 | 0.00 | | 0.00 | FA |
| 16.  SCOTIABANK ACCOUNT #3181 | 45,000.00 | 45,000.00 | | 40,970.48 | FA |
| 17.  Business-related property<br><br>SHARES FROM PROFESIONAL IRON WORKS, INC.<br>ACCOUNT RECEIVABLE $25,000.00<br>EQUIPMENT $226,265<br>INVENTORY $181,500<br>SCRAP METAL $40,000<br>2014 FORD F150 IN RENTAL PROPERTY $12,100.00<br>2013 VOLKSWAGEN BEETLE IN DEBTOR'S POSSESSION $7,950.00<br>2015 MAZDA CX6 IN RENTAL PROPERTY $16,675.00<br>2015 FORD FIESTA IN TORRES DEL CARDENAL $4,250.00<br>2006 MOTORCYCLE KAWASAKI ZX10 JUNKED IN RENTAL PROPERTY $1,250.00<br>2008 FORD F250 IN RENTAL PROPERTY $9,300.00<br>2001 MAZDA B2300 IN RENTAL PROPERTY $800.00<br>2009 FORD F150 IN RENTAL PROPERTY $4,850.00<br>2007 ISUZU NQR IN RENTAL PROPERTY $11,500.00 | 378,440.00 | 378,440.00 | | 45,000.00 | FA |
| 18.  CASH ON HAND<br><br>DELETED BY AMENDMENT 6/07/2018 DKT. 21 | 0.00 | 9,000.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 18-02439 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|

Case Name:   ELIUD RIVERA NEGRON

For Period Ending:   02/09/2021

Date Filed (f) or Converted (c):   05/01/2018 (f)

341(a) Meeting Date:   05/29/2018

Claims Bar Date:   08/06/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $1,097,361.49      $1,080,327.25      $156,110.08      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05-
01/14/2021 (DKT 92) Report on Unclaimed Monies. On behalf of Peregrine Group Inc., in the amount of $11,777.57 filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 01/14/2021)

06/08/2020 (DKT 90): ORDER Approving Trustee's Commission and Expenses in the amount of $10,766.42. (RE: related document(s)87). Signed on 6/8/2020.(MONTALVO, MARIBEL) (Entered: 06/08/2020

05/13/2020 (DKT 88) Notice on Trustee's Final Report and Propose Distribution, allowing parties 21 days for objections. (RE: related document(s) 87). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) Entered: 05/13/2020)

05/13/2020 (DKT 87) Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals on behalf of Trustee Roberto Roman Valentin. (Attachments: # 1 Trustee's Worksheet)filed by MONSITA LECAROZ ARRIBAS (LECAROZ ARRIBAS (MB), MONSITA) (Entered: 05/13/2020)

11-2020: TFR submitted for OUST evaluation.

04/27/2020 (DKT 86) Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/27/2020)

02/26/2020 (DKT 84): ORDER: The motion filed by Trustee requesting to authorize and Order the disburse the amount of eight thousand $8,000.00 to Taylor Hydraulics Corp. (docket #81) is granted. (RE: related document(s)81). Signed on 2/26/2020.(MONTALVO, MARIBEL) (Entered: 02/26/2020)

12/06/2019 (Dkt 81):  Motion requesting entry of order for reimbursement. (related document(s): 27, 28, 31, 79, 80) (RE: related document(s) 27, 28, 31, 79, 80). ( objection language due by 12/20/2019). (Attachments: # 1 Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 12/06/2019)

12/05/2019 (Dkt 80 ):  Motion submitting document(s):Proposed Order (RE: related document(s)27, 28, 31, 79). (Attachments: # 1 Proposed Order) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO)  (Entered: 12/05/2019)

12/05/2019 (Dkt 79): Report of Sale , Amended (RE: related document(s) 27, 28, 31). (Attachments: # 1 Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 12/05/2019)

Exhibit 8

09/20/2019 (Dkt 74): Amended Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 09/20/2019)

05/17/2019 (Dkt 67): Motion requesting entry of order for prompt determination of post petition taxes. (related document(s): 37, 38, 40, 42) (Attachments: # 1 2018 Estate Tax Return) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 05/17/2019)

04/26/2019 (Dkt 66): Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/26/2019)

05/29/2018 (Dkt 12): Minutes of 341 Meeting - Case held open for: Potential Recovery of Assets. filed by ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/29/2018)

05/02/2018 (Dkt 5): First Meeting of Creditors & Notice of Appointment of Interim Trustee ROBERTO ROMAN VALENTIN, with 341(a) meeting to be held on 05/29/2018 at 10:30 AM at 341 MEETING ROOM, OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN. Objections for Discharge due by 07/30/2018. Financial Management Certificate for Debtor(s) due by 07/30/2018. (Entered: 05/02/2018)

05/01/2018 (Dkt 1): Chapter 7 Voluntary Petition for Individuals. With Schedules, With Individual Debtors Statement of Intention, With Statement of Current Monthly Income and Means Test Calculation, With Notice to Individual Consumer Debtor, With Statement of Financial Affairs. Attorney Statement of Compensation $3950.00. Fee Amount $335. Filed by RAMON F LOPEZ RIVERA on behalf of ELIUD RIVERA NEGRON (LOPEZ RIVERA, RAMON) (Entered: 05/01/2018)

OTHER TRUSTEE NOTES ON CASE ADMINISTRATION:

09/27/2019( DKT 76): ORDER approving payment of bond. (RE: related document(s)75). Signed on 9/27/2019.(FRONTERA, MARIA TERESA) (Entered: 09/27/2019)

09/26/2019 (DKT  75): Motion requesting permission to pay blanket bond  premium. Filed by ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 09/26/2019)

(1) ASSETS ABANDONED: 05/31/2018 (Dkt 14);  Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 05/31/2018)

(2) ASSETS NOT ABANDONED PENDING LIQUIDATION, SALES, HEARING, AUCTIONS

(3)  ASSET LIQUIDATION ACTIVITY:

1) Villas de Faro (Maunabo, PR) Real Property:

 12/05/2019 (Dkt 78) Report of Sale  (RE: related document(s) 35, 36, 37, 38, 41, 46, 47, 48, 50, 51, 58, 59). (Attachments: # 1 Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 12/05/2019)

04/16/2019 (Dkt 64 ):WRIT EXECUTION (RE: related document(s)59) (IRIZARRY, MILAGROS) (Entered: 04/16/2019)

04/11/2019 (Dkt 59): ORDER: IT IS HEREBY ORDERED that the Property Registrar for Guayama cancel all liens pending over the real property (see order for further details) (RE: related document(s)46, 58). Signed on 4/11/2019. (IRIZARRY, MILAGROS) (Entered: 04/11/2019

3/12/2019 (Dkt 46) Motion requesting entry of order & writ for the cancellation of liens with 14 day objection language (related document(s): 37, 42) (Attachments: # 1 Index # 2 Proposed Order # 3 Proposed Writ) filed by NOEMI LANDRAU RIVERA on behalf of ROBERTO ROMAN VALENTIN [LANDRAU RIVERA, NOEMI] (Entered: 03/12/2019)

02/28/2019 (Dkt 38): Motion requesting entry of order : SHORTENING OF TIME (related document(s): 37) (RE: related document(s)37). ( objection language due by 03/14/2019). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 02/28/2019)

02/28/2019 (Dkt 37): Notice of intent to sell property at private sale (21 days objection language, due on 03/21/2019). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN ROMAN VALENTIN, ROBERTO) (Entered: 02/28/2019)

02/20/2019 (Dkt 36): Application to employ Real Estate Broker, Pedro Betancourt Diaz. (with 14 day objection language) filed by ROBERTO ROMAN VALENTIN on behalf of Pedro Betancourt-Diaz [ROMAN VALENTIN, ROBERTO] (Entered: 02/20/2019)

Case:18-02439-MCF7 Doc#:93 Filed:03/10/21 Entered:03/10/21 17:01:18 Desc: Main Document Page 20 of 26

02/20/2019 (Dkt 35): Application to employ Noemi Landrau-Rivera, General Counsel & Notary Public with 14 day objection language) filed by ROBERTO ROMAN VALENTIN on behalf of NOEMI LANDRAU RIVERA [ROMAN VALENTIN, ROBERTO] (Entered: 02/20/2019)

Exhibit 8

(4) ADVERSARY PROCEEDINGS/APPEALS: NONE

(5) CLAIMS OBJECTIONS: 07/05/2018 (Dkt 25): ORDER Granting OBJECTION TO CLAIM No. 3 (RE: related document(s)11). Signed on 7/5/2018.(Colon, Tatiana) (Entered: 07/05/2018)

05/24/2018: Objection to Claim Number 3 (30 Day(s) Objection Language) by Claimant CAROLINA BUILDING MATERIALS (Attachments: # (1) Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO)

(6) CLAIMS BAR DATE REQUEST: 05/08/2018 (Dkt 8): Notice to creditors: The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. Creditors who wish to share any distribution of funds must file a proof of claim with the Bankruptcy Court, on or before the due date. signed on 5/8/2018 Proof of Claims due by 8/6/2018. Government Proof of Claim due by 11/5/2018.

05/07/2018 (Dkt 7): NOTICE OF ASSETS AND REQUEST FOR CLAIMS BAR DATE: The Chapter 7 Trustee gives notice that there are assets or it is expected to be assets in this case which are expected to result in a dividend to creditors. The Trustee requests that the Clerk set and notice a bar date for filing claims. filed by ROBERTO ROMAN VALENTIN

Initial Projected Date of Final Report (TFR): 12/31/2019          Current Projected Date of Final Report (TFR): 12/31/2020

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-02439

Case Name: ELIUD RIVERA NEGRON

Taxpayer ID No: XX-XXX3992

For Period Ending: 02/09/2021

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX5972

Checking

Blanket Bond (per case limit): $10,019,706.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/18 | 14 | PROFESSIONAL PLAYGOROUND EQUIPMENT | Closed Scotiabank Acct #xxx8333 | 1129-000 | $319.13 | | $319.13 |
| 05/09/18 | 12 | ELIUD RIVERA NEGRON | Closed Scotiabnak Acct xxx1809 | 1129-000 | $9,513.77 | | $9,832.90 |
| 05/09/18 | 16 | PROFESSIONAL IRON WORKS | Closed Scotiabank Acct #xxx3181 | 1129-000 | $40,970.48 | | $50,803.38 |
| 05/11/18 | 11 | COOP A/C | PROCEEDS FROM CREDIT UNION ACCT | 1129-000 | $248.70 | | $51,052.08 |
| 05/11/18 | 13 | ELIUD RIVERA NEGRON | PROCEEDS FROM BPPR CLOSED ACCOUNT | 1129-000 | $58.00 | | $51,110.08 |
| 07/18/18 | 17 | TAYLOR HYDRAULICS CORP 357 AVE BARBOSA CATANO PR 00962 | BULK ASSETS PURCHASE | 1129-000 | $45,000.00 | | $96,110.08 |
| 10/19/18 | 3001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA  70139 | 2018-2019 BLANKET BOND PREMIUM (Order 10/15/2018 dkts. 657 & 658) | 2300-000 | | $217.78 | $95,892.30 |
| 03/07/19 | 3 | LUIS ALBERTO COLON BENITEZ | Purchase/Sale Option Maunabo | 1110-000 | $6,000.00 | | $101,892.30 |
| 03/11/19 | 3002 | CRIM PO BOX 195387 SAN JUAN, PR  00919-5387 | PIN# 423-000-005-65-154 (V. DEL FARO) | 4700-000 | | $7,216.14 | $94,676.16 |
| 03/11/19 | 3003 | VILLAS DEL FARO BEACH RESORT PO BOX 1189 MAUNABO PR00707 | HOA - VILLA DEL FARO (APT. 1704) | 4110-000 | | $3,402.74 | $91,273.42 |
| 03/13/19 | 3 | LUIS ALBERTO COLON BENITEZ URB. EL ROCIO #58 CALLE MIMOSA CAYEY, PR 00736-4881 | REal Property Sold - Villas del Faro # 1704 Maunabo, PR (Order 3/07/19 dkt. 42) | 1110-000 | $54,000.00 | | $145,273.42 |
| 04/10/19 | 3004 | NOEMI LANDRAU-RIVERA PO BOX 270219 SAN JUAN, PR  00927-0219 | ATTORNEY FOR TRUSTEE - FEES & EXPENSES (Order 4/10/19 dkt.56) | | | $450.00 | $144,823.42 |
| | | NOEMI LANDRAU-RIVERA | ($65.00) | 3220-000 | | | |
| | | NOEMI LANDRAU-RIVERA | ($385.00) | 3210-000 | | | |

Page Subtotals:                    $156,110.08          $11,286.66

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-02439
Case Name: ELIUD RIVERA NEGRON

Trustee Name: Roberto Roman Valentin, Esq.
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX5972
Checking
Blanket Bond (per case limit): $10,019,706.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX3992
For Period Ending: 02/09/2021

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/19 | 3005 | PEDRO BETANCOURT-DIAZ URB COUNTRY CLUB 971 HALCON ST. SAN JUA, PUERTO RICO  00924 | Realtor Compensation ( Order 4/10/2019 dkt. 57) | 3510-000 | | $2,400.00 | $142,423.42 |
| 06/13/19 | 3006 | ALBERT TAMAREZ-VASQUEZ CPA CIRA TAMAREZ CPA PO BOX 194136 SAN JUAN PR 00919-4136 | Compensation & Exp., Accountant (Order 6/11/19 dkt. 68 & 72) | | | $738.41 | $141,685.01 |
| | | ALBERT TAMAREZ-VASQUEZ CPA CIRA | ($109.41) | 3420-000 | | | |
| | | ALBERT TAMAREZ-VASQUEZ CPA CIRA | ($629.00) | 3410-000 | | | |
| 06/26/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $141,675.01 |
| 07/10/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $141,665.01 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $141,655.01 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $141,645.01 |
| 10/11/19 | | BANCO SANTANDER | Bank Service Charge Refund | 2600-000 | | ($10.00) | $141,655.01 |
| 10/11/19 | | Transfer to Acct # xxxxxx0062 | Transfer of Funds | 9999-000 | | $141,645.01 | $10.00 |
| 10/28/19 | | Transfer to Acct # xxxxxx0062 | Transfer of Funds | 9999-000 | | $10.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $156,110.08 | $156,110.08 |
| Less: Bank Transfers/CD's | $0.00 | $141,655.01 |
| Subtotal | $156,110.08 | $14,455.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $156,110.08 | $14,455.07 |

Page Subtotals: $0.00   $144,823.42

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-02439

Case Name: ELIUD RIVERA NEGRON

Taxpayer ID No: XX-XXX3992

For Period Ending: 02/09/2021

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0062

Checking

Blanket Bond (per case limit): $10,019,706.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/19 | | Transfer from Acct # xxxxxx5972 | Transfer of Funds | 9999-000 | $141,645.01 | | $141,645.01 |
| 10/24/19 | 1001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2019-2020 BLANKET BOND PREMIUM (Order 9/27/19 dkts. 662 & 663) 9/27/2019 (DKT 76): ORDER approving payment of bond. (RE: related document(s)75). Signed on 9/27/2019. (FRONTERA, MARIA TERESA) (Entered: 09/27/2019)  09/26/2019 (DKT 75): Motion requesting permission to pay blanket bond premium. Filed by ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 09/26/2019) | 2300-000 | | $312.43 | $141,332.58 |
| 10/28/19 | | Transfer from Acct # xxxxxx5972 | Transfer of Funds | 9999-000 | $10.00 | | $141,342.58 |
| 02/27/20 | 1002 | TAYLOR HYDRAULICS CORP 357 AVE BARBOSA CATANO, PR 00962 | Reimbursement (Order 2/26/2020 dkt. 81 & 84) | 8500-002 | | $8,000.00 | $133,342.58 |
| 06/08/20 | 1003 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA 19101-7317 | POC #7 (Order 6/08/2020 dkt. 88 & 90) | 5800-000 | | $53,900.92 | $79,441.66 |
| 06/08/20 | 1004 | CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | POC #1B (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $646.31 | $78,795.35 |
| 06/08/20 | 1005 | MORE STEEL ALUMINUM PRODUCTS, INC PO BOX 9887 CAROLINA, PR 00988-9887 | POC #2 (ORDER 6/08/2020 dkt. 88 & 90) | 7100-000 | | $2,537.84 | $76,257.51 |
| 06/08/20 | 1006 | CAROLINA BUILDING MATERIALS PO BOX 3570 CAROLINA, PR 00984-3570 | POC #3 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $7,823.40 | $68,434.11 |

Page Subtotals:   $141,655.01   $73,220.90

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-02439 | Trustee Name: Roberto Roman Valentin, Esq. | |
| Case Name: ELIUD RIVERA NEGRON | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0062 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3992 | Blanket Bond (per case limit): $10,019,706.00 | |
| For Period Ending: 02/09/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/08/20 | 1007 | BANCO POPULAR DE PUERTO RICO PO BOX 366818 SAN JUAN PR 00936-6818 | POC #4 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $13,887.64 | $54,546.47 |
| 06/08/20 | 1008 | BANCO POPULAR DE PUERTO RICO PO BOX 366818 SAN JUAN PR 00936-6818 | POC # 5 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $2.83 | $54,543.64 |
| 06/08/20 | 1009 | ABRA-METAL, INC. PO BOX 2078 CAROLINA, PR 00984-2078 | POC #6 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $488.71 | $54,054.93 |
| 06/08/20 | 1010 | AUROFA TIRE CENTER, CORP. Z-37 AVE LAUREL LOMAS VERDES BAYAMON, PR 00956-3244 | POC #8 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $1,689.99 | $52,364.94 |
| 06/08/20 | 1011 | STRUCTURAL STEEL WORKS, INC. PO BOX 602828 BAYAMON, PR 00960-2828 | POC #9 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $8,841.74 | $43,523.20 |
| 06/08/20 | 1012 | ACEROS DE AMERICA INC P.O. Box 363273 San Juan, PR 00936-3273 | POC #11 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $7,600.93 | $35,922.27 |
| 06/08/20 | 1013 | ACEROS DE AMERICA INC P.O. Box 363273 San Juan, PR 00936-3273 | POC #2 (ORDER 6/08/2020 dkt. 88 & 90) | 7100-000 | | $5,711.25 | $30,211.02 |
| 06/08/20 | 1014 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | POC #13 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $1,011.42 | $29,199.60 |
| 06/08/20 | 1015 | PEREGRINE GROUP, INC. 101 AVE. DE DIEGO SAN JUAN, P.R. 00927 | POC #14 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $11,777.57 | $17,422.03 |
| 06/08/20 | 1016 | LOFTS COUNCIL OF OWNERS C/O LUIS R. VIVAS, ESQ. 469 ESMERALDA AVE. APT. 132 GUAYNABO, PR, 00969-4282 | POC #15 (Order 6/08/2020 dkt. 88 & 90) | 7100-000 | | $5,833.61 | $11,588.42 |
| 06/08/20 | 1017 | CONSOLIDATED WASTE SERVICE PO BOX 1322 GURABO, PR 00778 | POC #16 (Order 6/28/2020 dkt. 88 & 90) | 7100-000 | | $822.00 | $10,766.42 |

| | | | | Page Subtotals: | $0.00 | $57,667.69 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 18-02439 | Trustee Name: Roberto Roman Valentin, Esq. |
|---|---|
| Case Name: ELIUD RIVERA NEGRON | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0062 |
| | Checking |
| Taxpayer ID No: XX-XXX3992 | Blanket Bond (per case limit): $10,019,706.00 |
| For Period Ending: 02/09/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/20 | 1018 | ROBERTO ROMAN VALENTIN PO BOX 9024003 SAN JUAN PR 00902-4003 | Trustee Compensation & Expenses (Order 6/08/2020 dkt. 88 & 90) | | | $10,766.42 | $0.00 |
| | | Roberto Roman Valentin | ($10,655.50) | 2100-000 | | | |
| | | Roberto Roman Valentin | ($110.92) | 2200-000 | | | |
| 01/11/21 | 1015 | PEREGRINE GROUP, INC. 101 AVE. DE DIEGO SAN JUAN, P.R. 00927 | POC #14 (Order 6/08/2020 dkt. 88 & 90) Reversal CHECK WAS NEITHER CASHED NOR RETURNED TO TRUSTEE. FUNDS WILL BE REMITTED TO COURT AS UNCLAIMED FUNDS. | 7100-000 | | ($11,777.57) | $11,777.57 |
| 01/11/21 | 1019 | Clerk, U.S. Bankruptcy Court José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Suite 109 San Juan, PR 00901 | Remit To Court | 7100-001 | | $11,777.57 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $141,655.01 | $141,655.01 |
| Less: Bank Transfers/CD's | $141,655.01 | $0.00 |
| Subtotal | $0.00 | $141,655.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $141,655.01 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals: $0.00 $10,766.42

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0062 - Checking | $0.00 | $141,655.01 | $0.00 |
| XXXXXX5972 - Checking | $156,110.08 | $14,455.07 | $0.00 |
|  | $156,110.08 | $156,110.08 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $156,110.08 |
| Total Gross Receipts: | $156,110.08 |

Page Subtotals:                    $0.00         $0.00